# EXHIBIT A

**Exhibit A to the Complaint**

**Location:** Miami Beach, FL  
**Total Works Infringed:** 47

**IP Address:** 72.28.158.119  
**ISP:** Atlantic Broadband

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 734A1A74BFCBE6233F3C9EE2F286DCDCD530A241 | Blacked | 05/15/2018 21:01:39 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 2 | 00D8AE3107F5AD5F27743AEC2FA4B6BD351674E8 | Vixen | 04/30/2018 06:37:27 | 04/29/2018 | 05/19/2018 | 16665915497 |
| 3 | 0C909C4D02F3EAD6B33F5ED497618ACAFB34E50A | Blacked | 04/06/2018 16:02:20 | 04/05/2018 | 04/07/2018 | 16490992430 |
| 4 | 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658 | Blacked | 03/02/2018 19:51:17 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 5 | 0E375E71C9D654DC32B3C699D52FDDEC6945209E | Tushy | 04/02/2018 04:20:07 | 04/01/2018 | 04/07/2018 | 16490950302 |
| 6 | 0ED1618079E29D4BB708465328D67B227B1AA795 | Vixen | 03/13/2018 00:57:05 | 03/10/2018 | 03/15/2018 | 16490992224 |
| 7 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/13/2018 18:46:46 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 8 | 2811CD9D379E63E4729B3ACECD79FB2D7EA6EB5B | Blacked | 03/18/2018 08:09:48 | 03/16/2018 | 04/12/2018 | PA0002091582 |
| 9 | 28341A162EBC4CCAD12032532893896B668A879C | Vixen | 04/13/2018 15:17:24 | 04/09/2018 | 05/19/2018 | 16665915448 |
| 10 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 05/06/2018 23:21:23 | 05/06/2018 | 05/19/2018 | 16665887739 |
| 11 | 347CF8F689AB06EA13B049C0368C55251B95C771 | Blacked | 03/27/2018 13:41:36 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 12 | 34F2386CF8C5A0818309C705E9AD58EFEAAE065F | Tushy | 04/22/2018 16:57:42 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 13 | 37CEEB514E156938D65BB04458823DE6BB7B42FD | Vixen | 04/20/2018 17:35:09 | 04/19/2018 | 05/19/2018 | 16665888134 |
| 14 | 468F8F9C289EBCD1B02725682736E024D3F22872 | Blacked Raw | 03/29/2018 14:01:55 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 15 | 55F7B9F32708505215277682261028FEDB590A60 | Blacked | 05/16/2018 14:51:43 | 05/15/2018 | 05/19/2018 | 16665888065 |
| 16 | 5602E15C76A2CB2369322872F6C53500FB225372 | Blacked Raw | 03/23/2018 23:27:58 | 03/23/2018 | 04/07/2018 | 16490992283 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5B1F17D1471204648826D120F6E497D42524C839 | Vixen | 05/05/2018 13:31:50 | 05/04/2018 | 05/19/2018 | 16665915546 |
| 18 | 63FCAE2CDCB7600D7F900209BDE7BE525AB392CD | Blacked | 04/01/2018 04:03:05 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 19 | 6A6084624F5CC5D9C0887AC02E58EE94D6989C29 | Blacked | 05/12/2018 18:02:09 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 20 | 795B1E1B35EBCCF5CC5C19EA2E5F404108F25B88 | Vixen | 03/25/2018 22:59:59 | 03/25/2018 | 04/07/2018 | 16490950968 |
| 21 | 7A1551B9C87003EB6002EC500FBE59AAF1A921E3 | Vixen | 04/25/2018 18:13:56 | 04/24/2018 | 05/19/2018 | 16665915302 |
| 22 | 7A1F008C4454673B32CA603324D4525F2BC214CD | Tushy | 05/04/2018 21:41:41 | 05/01/2018 | 05/19/2018 | 16665887555 |
| 23 | 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5 | Blacked | 05/06/2018 18:50:47 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 24 | 7DC57588C9BC4191F56D0767BE43E6945DB97C02 | Vixen | 03/21/2018 18:27:28 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 25 | 801059F670983D536C0F8DC8C109E14B0DD8AFF2 | Blacked | 04/17/2018 02:46:38 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 26 | 8B8DEE500ECB007329A8BDFE4876DF06B5568238 | Blacked | 04/13/2018 14:36:47 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 27 | 8D59D2FF399FEF64B7DF0A0C5CE0A2FB593DAC6B | Blacked | 04/27/2018 01:20:25 | 04/25/2018 | 05/19/2018 | 16665887869 |
| 28 | 919F08AD3394E61D9E19DC2CB3D8C4752FCEA9EE | Tushy | 04/13/2018 15:19:22 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 29 | AA21E4389F1EF821FD82E16AC76EBAD03FAD8A58 | Blacked Raw | 04/17/2018 23:57:11 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 30 | AD5B2C54E6A1F387BDA08B9848BE8D988A2F2553 | Blacked Raw | 04/13/2018 10:17:59 | 04/07/2018 | 05/19/2018 | 16665887604 |
| 31 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 04/13/2018 15:10:32 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 32 | C305917CB90B7A4EC232E6AF48C5E525EFF4DBC7 | Blacked Raw | 04/23/2018 19:02:20 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 33 | C48F2225CFC83431D372530B844C1A33F787C036 | Blacked | 04/23/2018 19:52:49 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 34 | C7FDB4D8F863F6A8ED3A9B43299FD16C3911DC30 | Blacked Raw | 04/27/2018 20:34:03 | 04/27/2018 | 05/24/2018 | PA0002101367 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | C97CC04C44D74896EDD95A4DAB2B94DB845BCA50 | Tushy | 03/12/2018 17:30:46 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 36 | CB01140AD9E1A09758CECAEEB9DB0E19B2169DEA | Blacked Raw | 04/03/2018 01:57:01 | 04/02/2018 | 04/07/2018 | 16490950654 |
| 37 | CBF9518C3C7EDAC8704E1BD3E9B1A3C8D522208A | Tushy | 03/28/2018 17:21:45 | 03/27/2018 | 04/07/2018 | 16490950464 |
| 38 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 04/16/2018 18:08:34 | 04/16/2018 | 05/19/2018 | 16665915932 |
| 39 | D61D660EFFF062A22636BD566F09DA817B3DCF26 | Blacked Raw | 03/19/2018 17:19:59 | 03/18/2018 | 04/07/2018 | 16490950543 |
| 40 | D6AC2B28826E05C8736422200FA84E829638CF47 | Vixen | 03/31/2018 15:33:54 | 03/30/2018 | 04/07/2018 | 16490992551 |
| 41 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | Vixen | 04/05/2018 00:09:47 | 04/04/2018 | 04/07/2018 | 16490951145 |
| 42 | DECCE09BD37A2AEE40691B886ABE776255CFA027 | Vixen | 05/10/2018 15:31:27 | 05/09/2018 | 05/19/2018 | 16665888184 |
| 43 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | Tushy | 05/16/2018 21:46:56 | 05/16/2018 | 05/19/2018 | 16665887690 |
| 44 | DFE186BEDAA84CD072E3081F3C41A1523068EC62 | Blacked | 03/03/2018 18:21:42 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 45 | ED8D4BFEBE54A9465BE0219B46DB11A0E99D2CE4 | Blacked | 03/09/2018 15:10:18 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 46 | F2BDC1C9982E2475C9CFD14CDE4B6F6D7233F3AA | Blacked Raw | 05/08/2018 00:14:31 | 05/07/2018 | 05/19/2018 | 16665915253 |
| 47 | FC6C3F4348C53D3DC1DDD5949FAF4EB3399C6363 | Tushy | 05/13/2018 02:29:57 | 05/11/2018 | 05/24/2018 | PA0002101379 |