UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-22650-UU

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 72.28.158.119,

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On June 29, 2018, Plaintiff filed the Complaint against Defendant. D.E. 1. No summons were included with the complaint. It is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by Wednesday **July 4, 2018**, as to why Plaintiff has not yet issued a summons upon Defendant. In the alternative, Plaintiff may issue the summonses by that date. <u>Failure to comply with this Order will result in the dismissal of this action without further notice</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this _2d_ day of July, 2018

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf